UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MYLAN M. BROWN,**

    Plaintiff,        **CIVIL NO. 05-60072**
                              **HON. JOHN CORBETT O'MEARA**
v

**SKY CHEFS, INC.,**

    Defendant.

_____/

## JUDGMENT

This action came to hearing before this Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, Sky Chefs, Inc.

**SO ORDERED.**

Dated at Ann Arbor, Michigan, this 11th day of July 2006.

s/William Barkholz
Deputy Clerk

Approved:

S/JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE